## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ST. JOSEPH ABBEY, ET AL.**                                    **CIVIL ACTION**

**VERUS**                                                             **NO. 10-2717**

**PAUL "WES" CASTILLE, ET AL.**                       **SECTION "K"(5)**

### JUDGMENT

This matter having come for trial before the Court on June 6, 2011 and for the reasons

assigned in the Court's Findings of Fact and Conclusions of Law entered this day,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of

St. Joseph Abbey and Mark Coudrain and against  Paul "Wes" Castille, Oscar A. Rollins, Belva

M. Pichon, Craig G. Gill, Andrew Hayes, Wall V. McKneely, Margaret Shehee, Kelly Rush

Williams, and Louis Charbonnet, in their official capacities as members of the Louisiana State

Board of Embalmers and Funeral Directors that:

1.     La. Rev. Stat.  § 37:831(37 ) is unconstitutional on its fact to the extent that it

includes the selling of caskets within the definition of "funeral directing";

2.     La. Rev. Stat. § 37:831(41) is unconstitutional as applied to the selling of caskets

and by one who is not a state-licensed funeral director;

3.     La. Rev. Stat. §§ 37:842(A)-(C) and the practices of the State Board as applied to

Plaintiffs are unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a permanent

injunction is hereby **ENTERED** against  Paul "Wes" Castille, Oscar A. Rollins, Belva M.

Pichon, Craig G. Gill, Andrew Hayes, Wall V. McKneely, Margaret Shehee, Kelly Rush

Williams, and Louis Charbonnet, in their official capacities as members of the Louisiana State

Board of Embalmers and Funeral Directors  prohibiting them from enforcing La. Rev. Stat. §§ 37:831(37), (41) and 37:842(A)-(C) and prohibiting enforcement of their regulations and policies based thereon.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of in favor of St. Joseph Abbey and Mark Coudrain and against  Paul "Wes" Castille, Oscar A. Rollins, Belva M. Pichon, Craig G. Gill, Andrew Hayes, Wall V. McKneely, Margaret Shehee, Kelly Rush Williams, and Louis Charbonnet, in their official capacities as members of the Louisiana State Board of Embalmers and Funeral Directors for attorneys' fees and costs pursuant to 42 U.S.C. § 1988(b) and (c).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proper amount of attorney fees to be awarded shall be determined by the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR 54.2.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proper amount of costs to be awarded shall be determined by the Clerk of Court pursuant to LR 54.3.

New Orleans, Louisiana, this 21st day of July 2011.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**